IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION
No. 5:22-cv-00430-M

| | |
|---|---|
| John Doe 1, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Brands Holding Company, Inc., U.S. All Star Federation, Inc. d/b/a U.S. All Star Federation, USA Federation for Sport Cheering d/b/a USA Cheer, Charlesbank Capital Partners, LP, Bain Capital, LP, Jeff Webb, Individually, Cheer Extreme Raleigh, LLC, Kelly Helton, Randall Helton, Chase Burris, Shawn Wilson, and other unknown Defendants, | ) |
| | ) |
| Defendants. | ) |

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY BRANDS HOLDING COMPANY, INC.; USA FEDERATION FOR SPORT CHEERING D/B/A USA CHEER; CHARLESBANK CAPITAL PARTNERS, LP; BAIN CAPITAL, LP; AND JEFF WEBB**

Plaintiff and Defendants Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Brands Holding Company, Inc.; USA Federation for Sport Cheering d/b/a USA Cheer; Charlesbank Capital Partners, LP; Bain Capital, LP; and Jeff Webb ("the Parties"), by and through their respective undersigned counsel, hereby notify the Court that they have settled all claims by and between them in this matter. The parties are in the process of preparing and executing a settlement agreement based on the terms they have agreed upon. A Stipulation of Dismissal with Prejudice will be filed with the Court within the next sixty (60) days after the settlement agreement is executed.

1

DATED: January 3, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ J. Walton Milam, III | /s/Michael D. McKnight |
| J. Walton Milam, III (N.C. Bar No. 57152) | Michael D. McKnight |
| ROSENWOOD, ROSE & LITWAK, PLLC | N.C. State Bar No. 36932 |
| 1712 Euclid Avenue | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| Charlotte, North Carolina 28203 | 8529 Six Forks Road, Suite 600 |
| Phone: (704) 228-8575 | Raleigh, NC 27615 |
| Email: wmilam@rosenwoodrose.com | Telephone: (919) 787-9700 |
| | Michael.McKnight@ogletree.com |
| *Local Rule 83.1(d) Counsel for Plaintiff* | |
| | Ashley P. Cuttino (admitted Pro Hac Vice) |
| /s/ Jessica Fickling | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| Jessica Fickling | 300 N. Main St., Suite 500 |
| Alexandra Benevento | Greenville, SC 29601 |
| Bakari Sellers | Telephone: (864) 271-1300 |
| STROM LAW FIRM | Ashley.Cuttino@ogletree.com |
| 6923 N. Trenholm Road, Suite 200 | |
| Columbia, SC 29206 | *Counsel for Defendant Varsity Spirit, LLC* |
| Phone: (803) 252-4800 | |
| jflicking@stromlaw.com | |
| abenevento@stromlaw.com | |
| bsellers@stromlaw.com | |
| | |
| *Special Appearance Counsel* | |
| | |
| /s/ Jonathan C. Krisko | /s/ Scott Lewis |
| Mark W. Merritt | Scott Lewis |
| N.C. State Bar No.: 12198 | N.C. State Bar No. 22167 |
| Jonathan C. Krisko | BUTLER SNOW, LLP |
| N.C. State Bar No.: 28625 | 6752 Rock Spring Road, Suite 310 |
| | Wilmington, N.C. 28405 |
| ROBINSON, BRADSHAW & HINSON, P.A. | Telephone: (910) 550-1320 |
| | Scott.lewis@butlersnow.com |
| 101 N. Tryon Street, Suite 1900 | |
| Charlotte, NC 28246 | Paul E. Coggins (TX Bar #04504700)* |
| Telephone: 704-377-2536 | Brendan P. Gaffney (TX Bar #24074239)* |
| Facsimile: 704-378-4000 | LOCKE LORD LLP |
| MMerritt@robinsonbradshaw.com | 2200 Ross Avenue, Suite 2800 |
| JKrisko@robinsonbradshaw.com | Dallas, TX 75201 |
| | Telephone:(214) 740-8000 |
| | Facsimile: (214) 756-8000 |
| | Email: pcoggins@lockelord.com |
| | Email: bgaffney@lockelord.com |

| | |
|---|---|
| *LR 83.1(e) Special Appearance Attorneys:* | * *Special appearance attorney* |
| /s/ Robert G. Jones<br>Robert G. Jones<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>Telephone: (617) 951-7000<br>Robert.Jones@ropesgray.com<br><br>Helen Gugel<br>Leon Kotlyar<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 596-9000<br>Helen.Gugel@ropesgray.com<br>Leon.Kotlyar@ropesgray.com<br><br>*Counsel for Defendants Varsity Brands, LLC and Varsity Brands Holding Company, Inc.* | *ATTORNEYS FOR JEFF WEBB* |
| **K&L GATES LLP**<br><br>/s/ Robert J. Higdon, Jr.<br>Robert J. Higdon, Jr.<br>North Carolina Bar No. 17229<br>Bobby.Higdon@klgates.com<br>Nathan A. Huff<br>North Carolina Bar No. 0625<br>Nate.Huff@klgates.com<br>430 Davis Drive, Suite 400<br>Morrisville, NC 27560<br>Telephone: 919-314-5636<br><br>*Local Civil Rule 83.1(d) Attorneys for Defendant Bain Capital, LP*<br><br>D. McNair Nichols, Jr.<br>Virginia Bar No. 92431<br>McNair.NicholsJr@klgates.com<br>430 Davis Drive, Suite 400<br>Morrisville, NC 27560<br>Telephone: (919) 466-1117 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Manisha M. Sheth (*special appearance attorney*)<br>manishasheth@quinnemanuel.com<br>Kathryn Bonacorsi (*special appearance attorney*)<br>kathrynbonacorsi@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br><br>Diane M. Doolittle (*special appearance attorney*)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br><br>Josef Ansorge (*special appearance attorney*)<br>josefansorge@quinnemanuel.com<br>1300 I. Street, N.W., Suite 900<br>Washington, D.C. 20005<br>Telephone: 202-538-8000 |

*Special Appearance Attorney for Defendant Bain Capital, LP*

        **MILBANK LLP**

        /s/ Scott A. Edelman
        Scott A. Edelman
        New York Bar No. 2250942
        sedelman@milbank.com
        Katherine Kelly Fell
        New York Bar No. 5177118
        kfell@milbank.com
        55 Hudson Yards
        New York, New York 10001
        Phone: (212) 530-5000
        Fax: (212) 530-5219

        *Attorneys for Defendant Charlesbank Capital Partners, LP*

        **SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.**
        /s/ John E. Harris
        Michael W. Mitchell
        North Carolina Bar No. 16750
        mmitchell@smithlaw.com
        John E. Harris
        North Carolina Bar No. 49253
        jharris@smithlaw.com
        Post Office Box 2611
        Raleigh, NC 27602-2611
        Telephone: 919-821-6670
        Facsimile: 919-821-6800

        *Local Civil Rule 83.1(d) Attorneys for Defendant Charlesbank Capital Partners, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2024, I electronically filed the foregoing with the Clerk of Court by electronic means via the Court's ECF filing system, which will provide notice of this filing to all counsel of record in this case.

s/Michael D. McKnight
Michael D. McKnight
N.C. State Bar No. 36932
Counsel for Defendant - Varsity Spirit, LLC
