IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| John Doe 1, ) | C.A. No. 5:22-cv-00430-M |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Varsity Brands, LLC, Varsity Spirit, LLC, ) | |
| Varsity Brands Holding Company, Inc., ) | |
| U.S. All Star Federation, Inc. d/b/a U.S. ) | |
| All Star Federation, USA Federation ) | |
| for Sport Cheering d/b/a USA Cheer, ) | |
| Charlesbank Capital Partners, LP, Bain ) | |
| Capital, LP, Jeff Webb, Individually, ) | |
| Cheer Extreme Raleigh, LLC, Kelly ) | |
| Helton, Randall Helton, Chase Burris, ) | |
| Shawn Wilson, and other unknown ) | |
| Defendants, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## RULE 41 STIPULATION OF VOLUNTARY DISMISSAL

Comes now Plaintiff John Doe 1 and Defendants Cheer Extreme Raleigh, LLC, Kelly Helton, and Randall Helton pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and stipulate to the dismissal of Plaintiff's claims against the remaining Defendants Cheer Extreme Raleigh, LLC, Kelly Helton, and Randall Helton <u>without prejudice</u>, with all parties to bear their owns costs. Through this stipulation, all defendants are now dismissed and this case may be removed from the active docket of the Court.

PLAINTIFF JOHN DOE 1

*/s/ J. Walton Milam, III*
J. Walton Milam, III
Whitaker B. Rose
ROSENWOOD ROSE & LITWAK, PLLC

1

1712 Euclid Avenue
Charlotte, North Carolina 28203
Phone: (704) 228-8575
Email: wmilam@rosenwoodrose.com

*Local Rule 83.1(d) Counsel for Plaintiff*

*/s/ Jessica Fickling*
Jessica Fickling
Alexandra Benevento
Bakari Sellers
STROM LAW FIRM
6923 N. Trenholm Road, Suite 200
Columbia, SC 29206
Phone: (803) 252-4800
jflicking@stromlaw.com
abenevento@stromlaw.com
bsellers@stromlaw.com

*Special Appearance Counsel*

DEFENDANTS CHEER EXTREME RALEIGH, LLC, KELLY HELTON, AND RANDALL HELTON
*/s/ Rodney E. Pettey*
Rodney E. Pettey
Alanya M. Poole
PETTEY & PARTRICK, PLLC
4800 Falls of Neuse Road, Suite 160
Raleigh, NC 27609
Phone: 919-719-6019
rpettey@rpslaw.com
apoole@rpsplaw.com

May 6, 2024

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on this day using the Court's filing system, which will automatically and electronically notify the counsel of record who are registered with CM/ECF.

This 6th day of May, 2024.

ROSENWOOD, ROSE & LITWAK, PLLC

*/s/ J. Walton Milam, III*
J. Walton Milam, III (N.C. Bar No. 57152)
1712 Euclid Avenue
Charlotte, North Carolina 28203
Phone: (704) 228-8575
Email: wmilam@rosenwoodrose.com

*Local Rule 83.1(d) Counsel for Plaintiff*
